KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

*Attorneys for EDP Petroleum Inc. dba*
*Ed's Rainbow Am/Pm*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EDP Petroleum, Inc. dba Ed's Rainbow Am/Pm,<br><br>Defendant. | Case No.: 2:17-cv-00933-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant EDP Petroleum Inc. dba Ed's Rainbow Am/Pm ("EDP"), by and through its attorney of record, Kristen T. Gallagher, Esq., with the law firm of McDonald Carano LLP and Plaintiff Kevin Zimmerman ("Zimmerman"), by and through his attorney of record, Whitney C. Wilcher, with The Wilcher Firm, hereby agree, stipulate and respectfully request that the Court extend the deadline for EDP to answer or otherwise respond to the Complaint by 14 days, from May 24, 2017 to June 7, 2017. This is the parties' first request to extend the deadline.

The parties agree to the extension to permit EDP to fully evaluate the allegations in the Complaint so that it can prepare an appropriate response.

…

…

…

…

…

…

The undersigned represent that this stipulation is not designed for purposes of delay. For this reason, the parties respectfully request that the Court grant the stipulated extension.

DATED this 8th day of May, 2017.

| McDONALD CARANO LLP | THE WILCHER FIRM |
|---|---|
| By: /s/ Kristen T. Gallagher<br>Kristen T. Gallagher (NSBN 9561)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>kgallagher@mcdonaldcarano.com | By: /s/ Whitney C. Wilcher<br>Whitney C. Wilcher (NSBN 7212)<br>8465 West Sahara Avenue, Suite 111-236<br>Las Vegas, Nevada 89117<br>Telephone: (702) 466-1959<br>wcw@nevadaada.com |
| *Attorneys for EDP Petroleum Inc. dba Ed's Rainbow Am/Pm* | *Attorney for Plaintiff Kevin Zimmerman* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 5-8-2017

386217