KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

*Attorneys for EDP Petroleum Inc. dba*
*Ed's Rainbow Am/Pm*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EDP Petroleum, Inc. dba Ed's Rainbow Am/Pm,<br><br>Defendant. | Case No.: 2:17-cv-00933-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant EDP Petroleum Inc. dba Ed's Rainbow Am/Pm ("EDP"), by and through its attorney of record, Kristen T. Gallagher, Esq., with the law firm of McDonald Carano LLP and Plaintiff Kevin Zimmerman ("Zimmerman"), by and through his attorney of record, Whitney C. Wilcher, with The Wilcher Firm, hereby agree, stipulate and respectfully request that the Court extend the deadline for EDP to answer or otherwise respond to the Complaint by 14 days, from June 7, 2017 to June 21, 2017. This is the parties' second request to extend the deadline. *See* Order Granting Stipulation to Extend Time to Answer or Otherwise Respond to Complaint (First Request) (ECF No. 9).

The parties agree to the further extension to allow them time to discuss resolution of this action. Specifically, the parties have reached a tentative settlement of the action and need time to prepare settlement documents.

…

…

…



The undersigned represent that this stipulation is not designed for purposes of delay. For this reason, the parties respectfully request that the Court grant the stipulated extension.

DATED this 7th day of June, 2017.

| McDONALD CARANO LLP | THE WILCHER FIRM |
|---|---|
| By: /s/ Kristen T. Gallagher<br>Kristen T. Gallagher (NSBN 9561)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>kgallagher@mcdonaldcarano.com<br><br>*Attorneys for EDP Petroleum Inc. dba Ed's Rainbow Am/Pm* | By: /s/ Whitney C. Wilcher<br>Whitney C. Wilcher (NSBN 7212)<br>8465 West Sahara Avenue, Suite 111-236<br>Las Vegas, Nevada 89117<br>Telephone: (702) 466-1959<br>wcw@nevadaada.com<br><br>*Attorney for Plaintiff Kevin Zimmerman* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated _____ : 6-7-2017

4852-8098-2346, v. 1